**Electronically Filed
Supreme Court
SCWC-16-0000499
27-AUG-2019
02:18 PM**

SCWC-16-0000499

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

SPENCER JAMES BEVILL, NANCY LYNN BEVILL, AND
BEVILL FAMILY TRUST,
Respondents/Plaintiffs-Appellees,

vs.

FRANK MAURIZIO; PHIL SCHUTTE; BEVERLY SCHUTTE; BRUCE "SKIP"
BLOUGH; MIKE PREISS; CONNIE SCHNITKER; PETE HILL; DARREL
BORLING; ASSOCIATION OF APARTMENT OWNERS OF KE NANI KAI,
an unincorporated condominium association; THE BOARD OF
DIRECTORS FOR ASSOCIATION OF APARTMENT OWNERS OF KE NANI KAI,
in their official capacity and personally,
Respondents/Defendants-Appellees,

and

MYLES T. YAMAMOTO,
Petitioner/Real Party in Interest-Appellant,

AND

SPENCER JAMES BEVILL, NANCY LYNN BEVILL,
AND BEVILL FAMILY TRUST,
Respondents/Plaintiffs-Appellees,

vs.

ASSOCIATION OF APARTMENT OWNERS OF KE NANI KAI,
Respondents/Defendants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000499; CIVIL NOS. 08-1-0293 & 12-1-0790)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Real Party in Interest-Appellant Myles T. Yamamoto's application for writ of certiorari filed on July 15, 2019, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, August 27, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson